# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

---

### JUDGMENT IN A CIVIL CASE

JOHN R. JONES,

    Plaintiff,

V.                                  Case No. 6:20-cv-3135-RK-P

CORIZON MEDICAL SERVICES, et al.,

    Defendants.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that Defendants' motion for summary judgment (Doc. 52) is granted, and Plaintiff's unopposed motion to dismiss without prejudice claims regarding his "knee, hip, and back" (Doc. 59) is granted. This case is dismissed. Plaintiff is cautioned that, if he files an appeal, he will be obligated to pay appellate filing fees of $505.00 (fees in addition to the $350 filing fee for this case). The Clerk of the Court shall enter judgment accordingly.

Entered on:   <u>December 21, 2021.</u>

                                                    PAIGE WYMORE-WYNN
                                                    CLERK OF COURT

                                                    <u>/s/ C. Davies</u>
                                                    (By) Deputy Clerk